IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| REGINALD UNDERWOOD FULLARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C.K. ROBERTSON, )<br>)<br>Defendant(s). ) | 1:21CV416 |

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Reginald Fullard, a prisoner of the State of North Carolina and frequent pro se filer, submitted a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis*. However, the Court cannot further process the Complaint because, pursuant to the Prison Litigation Reform Act, Plaintiff may no longer proceed *in forma pauperis* in this Court unless he is under imminent danger of serious physical injury. The Act provides that:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). This Court alone previously dismissed at least five of Plaintiff's cases for being frivolous or failing to state a claim upon which relief could be granted. Fullard v. Valentine, No. 1:18CV386 (M.D.N.C. June 11, 2019) (unpublished); Fullard v. North Carolina

Yadkin County, No. 1:18CV384 (M.D.N.C. June 11, 2019) (unpublished); Fullard v. Staley, No. 1:18CV383 (M.D.N.C. June 11, 2019) (unpublished); Fullard v. Perry, No. 1:18CV258 (M.D.N.C. April 20, 2018) (unpublished); Fullard v. Staley, No. 1:15CV16 (M.D.N.C. Nov. 29, 2016) (unpublished). Plaintiff alleges no facts demonstrating any imminent danger in the present case. In fact, his claims deal with events that occurred nine years ago. Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, and accompanied by the applicable $402.00 filing fee. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, and accompanied by the $402.00 filing fee.

This, the 27th day of May, 2021.

_____
Joe L. Webster
United States Magistrate Judge